UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

Multidistrict Litigation
No. 08-1905 (RHK/JSM)

**ORDER**

This document relates to:

Joanie Cousin v. Medtronic, Inc., *et al.*, Civ. No. 08-5369
Harry J. Brashier v. Medtronic, Inc., *et al.*, Civ. No. 08-5512
Evateen Miller v. Medtronic, Inc., *et al.*, Civ. No. 08-5682


The Motions of the Plaintiffs in these cases to withdraw their Notices of Appeal (Doc. No. 36 in 08-5369; Doc. No. 26 in 08-5512; Doc. No. 33 in 08-5682) are **GRANTED**. The Clerk of the Court is directed to refund to each Plaintiff the $455 appeal fee paid in connection with his/her Notice of Appeal.


Dated: June 23, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge